UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPSON PERFORMANCE PRODUCTS, INC., a Texas corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>NECKSGEN INC., a California corporation,<br><br>                              Defendant. | Case No.:  3:18-cv-01260-BEN-MDD<br><br>**ORDER FOR ENTRY OF STIPULATED CONSENT JUDGMENT AND ORDER OF DISMISSAL** |

Plaintiff Simpson Performance Products, Inc. and Defendant NecksGen Inc., collectively the "Settling Parties," have agreed to a negotiated settlement of the dispute between them alleged in this action and have set forth the terms and conditions of such settlement in a Confidential Settlement Agreement (the "Settlement Agreement"). The Settling Parties, by their respective undersigned attorneys, stipulate and consent to entry of Judgment as set forth in their joint motion requesting same.

The Court has reviewed the joint motion and, good cause appearing, the joint motion is GRANTED.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1. This Court has jurisdiction over the subject matter of this patent infringement action, has personal jurisdiction over the Settling Parties, and expressly retains jurisdiction to enforce the terms of the Settlement Agreement.

2. This Action, including Plaintiff's claims and Defendant's counterclaims, is

hereby DISMISSED without prejudice.

    3.    Each of the Settling Parties bears its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Date: October 8, 2020

_____
HON. ROGER T. BENITEZ
United States District Judge